# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>ALEJANDRO HERNANDEZ,<br><br>                   Defendant. | Case No. 16CR3052-AJB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 12/21/2017

Hon. Karen S. Crawford
United States Magistrate Judge

FILED

DEC 2 1 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY